IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

CHARLESTON WATERKEEPER,           )
                    Plaintiff,    )
                                  )
        v.                        )        C.A. No. 2:26-cv-340-RMG
                                  )
COMMISSIONERS OF PUBLIC WORKS OF  )
THE CITY OF CHARLESTON, D/B/A     )
CHARLESTON WATER SYSTEM,
                    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chad N. Johnston of the law firm of Burr & Forman LLP

is admitted and otherwise authorized to practice law in this court, and hereby enters appearance as

counsel of record for Defendant Commissioners of Public Works of the City of Charleston d/b/a

Charleston Water System.

Respectfully submitted,

/s/ Chad N. Johnston
Chad N. Johnston, Fed Bar. No. 10813
Sara V. Martinez, Fed. Bar No. 9870
BURR & FORMAN LLP
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
(803) 799-8900
cjohnston@burr.com
smartinez@burr.com

*Attorneys for Defendant Commissioners of
Public Works of the City of Charleston d/b/a
Charleston Water System*

Columbia, South Carolina
March 30, 2026

66685856 v1